**Electronically Filed
Supreme Court
SCWC-13-0003038
02-SEP-2015
10:33 AM**

SCWC-13-0003038

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

JACOB W. LUND, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0003038; CASE NO. 2DTA-12-00701)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Jacob W. Lund's

application for writ of certiorari filed on July 23, 2015, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, September 2, 2015.

Benjamin E. Lowenthal
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

